■ In the Matter of KEITH HARVEY, Petitioner, v GATES CHILI CENTRAL SCHOOL DISTRICT, Respondent.—Determination

unanimously confirmed without costs and petition dismissed. Memorandum: Upon our review of the evidence adduced before the three-member disciplinary hearing panel *(see,* Education Law § 3020-a), we conclude that there is substantial evidence to support the charges of insubordination and conduct unbecoming a teacher. We thus decline to disturb respondent's determination suspending petitioner for one year without pay. (Article 78 Proceeding Transferred by Order of Supreme Court, Monroe County, Cornelius, J.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.